# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CAPPY ASCHEIM, | : | No. 53 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THEODORE J. HARCHICK, BEVERLY A. HARCHICK, | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2023, the Application for Extraordinary Relief and the Application for Leave to Amend are DENIED.